LAWRENCE G. BROWN
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARABJIT GURON, | No. 09-cv-F-867 OWW DLB |
| Plaintiff, | JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| v. | |
| Michael Aytes, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff challenges the denial by U.S. Citizenship and Immigration Services' (CIS) of her visa petitions on her husband's behalf. The parties stipulate to a 60-day extension of time for the filing of the government's answer to the complaint, to allow for retrieval of the administrative record by CIS and to allow for the exploration of a possible administrative resolution to the matter.

The parties therefore stipulate that the time for filing the government's answer be extended to September 21, 2009, and that the scheduling conference, currently set for September 10, 2009, be reset to sometime after the new answer due date.

Dated: July 7, 2009

LAWRENCE G. BROWN
Acting United States Attorney

By:   /s/Audrey Hemesath
      Audrey B. Hemesath

-1-

                                    Assistant U.S. Attorney
                                    Attorneys for the Defendants

By:    /s/ Robert B. Jobe
        Robert B. Jobe
        Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on September 21, 2009, and that the scheduling conference is reset to October 23, 2009 at 8:15.

IT IS SO ORDERED.

**Dated:   July 8, 2009**              /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE