LAWRENCE G. BROWN
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARABJIT GURON, | No. 09-cv-F-867 OWW DLB |
| Plaintiff, | SECOND JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| v. | |
| Michael Aytes, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff challenges the denial by U.S. Citizenship and Immigration Services' (CIS) of her visa petitions on her husband's behalf. The parties previously stipulated to a 60-day extension of time for the filing of the government's answer to the complaint, to allow for retrieval of the administrative record by CIS and to allow for the exploration of a possible administrative resolution to the matter. The government respectfully informs the Court that CIS continues to examine the substance of the case, and that additional time for internal review is required.

The parties therefore stipulate that the time for filing the government's answer be extended to November 21, 2009, and that all other deadlines be similarly extended.

Dated: September 18, 2009

LAWRENCE G. BROWN
Acting United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Robert B. Jobe
Robert B. Jobe
Attorney for the Plaintiff

### ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on November 21, 2009, and that the scheduling conference previously set December 3, 2009 is reset to January 7, 2010.

IT IS SO ORDERED.

**Dated:   September 28, 2009**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE