Robert B. Jobe (State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel: (415) 956-5513
Fax: (415) 840-0308
Email: bob@jobelaw.com

Attorney for Plaintiffs.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARABJIT GURON, ET AL., | No. 09-cv-F-867 OWW DLB |
| Plaintiffs, | |
| MICHAEL AYTES, ET AL., | JOINT STIPULATION TO SET DATE FOR FILING OF AMENDED COMPLAINT AND ANSWER; ORDER |
| Defendants. | |

This is an immigration case in which plaintiff challenges the denial by U.S. Citizenship and Immigration Services' (CIS) of her visa petition on her husband's behalf. The Court previously extended the defendants' deadline to answer the complaint, until November 21, 2009, in order to allow CIS an opportunity for administrative review and a possible administrative resolution to the matter. Since that time, CIS reopened and again denied the visa petition filed by plaintiff, albeit on different grounds.

Accordingly, the parties hereby stipulate, subject to the approval of the Court, to vacate the scheduling dates currently set, and provide plaintiffs fourteen days to amend the complaint currently pending with the Court, with defendants' Answer due 10 days thereafter.

//

//

//

| | | |
|---|---|---|
| 1 | Dated: November 23, 2009 | Respectfully submitted, |
| 2 | | LAW OFFICE OF ROBERT B. JOBE |
| 3 | | /s/ Robert B. Jobe |
| 4 | | Robert B. Jobe<br>Attorney for Plaintiffs |

Dated: November 23, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/Audrey B. Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

## [PROPOSED] ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the plaintiffs' Amended Complaint is due on or before <u>December 4, 2009</u> and defendants' Answer is due ten days thereafter.  IT IS SO ORDERED.

IT IS SO ORDERED.

**Dated:   November 23, 2009**         <u>/s/ Oliver W. Wanger</u>
UNITED STATES DISTRICT JUDGE

Joint Stipulation to Set Date for Filing of Amended Complaint;
Order
No. 09-cv-F-867 OWW DLB                    2