BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARABJIT GURON, | No. 09-cv-F-867 OWW DLB |
| Plaintiff, | JOINT STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT |
| v. | |
| Michael Aytes, et al. | |
| Defendants. | |

This is an immigration case in which plaintiffs challenge the denial by U.S. Citizenship and Immigration Services' (CIS) of her visa petitions on her husband's behalf. On December 4, 2009, plaintiffs filed an amended complaint, challenging a new denial following reopening by CIS. The government respectfully requests additional time to obtain a copy of the administrative record and prepare its answer to the amended complaint. Accordingly, the parties stipulate that the date for filing the government's answer be extended to January 14, 2010.

Dated: December 10, 2009

BANJAMIN B. WAGNER
United States Attorney

By:   /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

-1-

By:   /s/ Robert B. Jobe
Robert B. Jobe
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on January 14, 2010.

IT IS SO ORDERED.

Dated:   **December 15, 2009**                    **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE