BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARABJIT GURON, | 1: 09-cv-867 OWW DLB |
| Plaintiff, | JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME TO FILE ALIEN FILE, MOTIONS FOR SUMMARY JUDGMENT, DECLARATION OF COUNSEL. |
| v. | |
| Michael Aytes, et al. | |
| Defendants. | Hearing Date: August 23, 2010
Time: 10 a.m. |
| | Hon. Oliver W. Wanger |

    This is an immigration case in which plaintiffs challenge the denial by U.S. Citizenship and Immigration Services' (CIS) of her visa petitions on her husband's behalf.  On February 16, 2010, this Court issued a scheduling order setting forth dates for filing the administrative record, summary judgment motions and hearing dates, and trial dates.  For the reasons set forth in the attached declaration of counsel, the government has mistakenly failed to timely submit the administrative record, either to this Court or to plaintiff's counsel.  Undersigned counsel for the government apologizes for the error and the inconvenience caused to opposing counsel and to the Court.

    Good cause having been shown, the government requests a two-week extension of time in which to file the certified administrative record, until June 8, 2010.  The parties also stipulate that the time for filing motions for summary judgment be extended until July 8, 2010, and the reply date to July 29, 2010. The parties stipulate that the August 23, 2010 hearing date be maintained,

unless the time between the reply date and the hearing is too short, in which case the hearing date be rescheduled at the Court's convenience.

Dated: May 25, 2010

                                       BENJAMIN B. WAGNER
                                       United States Attorney

By:   /s/Audrey Hemesath
        Audrey B. Hemesath
        Assistant U.S. Attorney
        Attorneys for the Defendants

By:   /s/ Robert B. Jobe
        Robert B. Jobe
        Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that, good cause having been shown, the summary judgment motions dates be reset as follows:

June 8, 2010: Filing deadline for submission of the certified administrative record

July 8, 2010: Filing deadline for cross-motions for summary judgment

July 29, 2010: Filing deadline for replies in opposition to motions for summary judgment

All other dates to remain as set forth in the February 16, 2010 scheduling order.

    IT IS SO ORDERED.

DATED:_5/26/2010_                /s/ OLIVER W. WANGER
                                      UNITED STATES DISTRICT JUDGE

DECLARATION

I, Audrey Hemesath, declare and state as follows:

1. I am an Assistant United States Attorney, with assigned litigation responsibilities in the case of Sarabjit Guron v. Michael Aytes, 09-cv-F-867.

2. I received an electronic copy of the scheduling order issued in this case on February 16, 2010.

3. On that same date, I followed the procedures established by U.S. Citizenship and Immigration Services for formal requests for alien file certifications. I requested that the file be certified by March 2, 2010.

4. I also annotated in my calendar all the filing dates listed to the right of the case caption on the Court's scheduling order. I neglected, however, to as well annotate the March 31, 2010, deadline for the filing of the administrative record.

5. As such, I neglected to follow up with U.S. Citizenship and Immigration Services to ensure that I did timely receive the alien file, and I neglected to file the file either with the Court or submit a copy to opposing counsel.

6. It was not until I began to prepare for the May 28, 2010 summary judgment filing deadline that I became aware of the missed deadline for filing the administrative record.

7. Upon learning of the omission, I immediately contacted U.S. Citizenship and Immigration Services, and file production is being expedited. As well I contacted opposing counsel, who advised of his non-opposition to the extension of time made necessary by this mistake.

8. I am sincerely apologetic for the inconvenience caused by this error, and I will take greater care in the future in annotating all filing deadlines associated with the Court's scheduling orders.

I declare that the foregoing is true and correct under penalty of perjury and that the foregoing was executed in Sacramento, California on May 25, 2010.

/s/ Audrey Hemesath
Audrey Hemesath