BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARABJIT GURON, | No. 1:09-cv-00867 OWW DLB |
| Plaintiff, | JOINT STIPULATION AND ORDER RE: REQUEST TO HOLD MATTER IN ABEYANCE. |
| v. | |
| Michael Aytes, et al. | Hearing Date: August 30, 2010 |
| Defendants. | Time: 10 a.m. |
| | Hon. Oliver W. Wanger |

This is an immigration case in which plaintiffs challenge the denial by U.S. Citizenship and Immigration Services' (CIS) of her visa petitions on her husband's behalf. On February 16, 2010, this Court issued a scheduling order setting forth dates for filing the administrative record, summary judgment motions and hearing dates, and trial dates. On May 27, 2010, the Court signed an order modifying the scheduling order to allow for the late filing of the administrative record. On June 30, 2010, the Court signed an order holding the matter in abeyance pursuant to the joint stipulation of the parties due to a pending administrative appeal before the Board of Immigration Appeals. The parties indicated they would file a joint status report by December 20, 2010.

Accordingly, the parties now report that as of the date of this filing, the administrative appeal remains pending before the Board of Immigration Appeals. There have been no other developments in the case, and accordingly, the parties submit that it remains appropriate to hold the case in abeyance. The parties propose a further extension until June 30, 2011, at which time

the parties will again submit a status report or other dispositive filing.

Dated: December 8, 2010

                                              BENJAMIN B. WAGNER
                                              United States Attorney

By:   /s/Audrey Hemesath
        Audrey B. Hemesath
        Assistant U.S. Attorney
        Attorneys for the Defendants

By:   /s/ Robert B. Jobe
        Robert B. Jobe
        Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that, good cause having been shown, the matter is held in abeyance pending resolution of the administrative appeal by the Board of Immigration Appeals. The parties are to submit a joint status report no later than June 30, 2011 advising as to the status of the administrative appeal.

IT IS SO ORDERED.

**Dated:   December 10, 2010**                    **/s/ Oliver W. Wanger**
                                                                  UNITED STATES DISTRICT JUDGE