BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARABJIT GURON, | No. 1:09-cv-00867 OWW DLB |
| Plaintiff, | JOINT STIPULATION AND ORDER RE: REQUEST TO HOLD MATTER IN ABEYANCE. |
| v. | |
| Michael Aytes, et al. | Hon. Oliver W. Wanger |
| Defendants. | |

This is an immigration case in which plaintiffs challenge the denial by U.S. Citizenship and Immigration Services' (CIS) of her visa petitions on her husband's behalf. On December 10, 2010, this Court, per the stipulation of the parties, ordered the matter held in abeyance while the administrative appeal was pending before the Board of Immigration Appeals. Since the time of that filing, the matter was returned to CIS from the Board of Immigration Appeals for an issue related to the record of proceedings. The matter is expected to be returned to the Board of Immigration Appeals shortly, at which time it is anticipated the case will be ripe for resolution at the administrative level.

Accordingly, the parties propose a further extension until October 31, 2011, at which time the parties will again submit a status report or other dispositive filing.

Dated: June 8, 2011

                                        BENJAMIN B. WAGNER
                                        United States Attorney

By:    /s/Audrey Hemesath
        Audrey B. Hemesath
        Assistant U.S. Attorney
        Attorneys for the Defendants

By:    /s/ Robert B. Jobe
        Robert B. Jobe
        Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that, good cause having been shown, the matter is held in abeyance pending resolution of the administrative appeal by the Board of Immigration Appeals. The parties are to submit a joint status report no later than October 31, 2011 advising as to the status of the administrative appeal.

IT IS SO ORDERED.

**Dated:   June 10, 2011**                            **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE