IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARABJIT GURON and<br>KARAM SINGH GURON,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL AYTES, et al.,<br><br>　　　　　Defendants.<br>_____ | )  Case No.: 1:09-cv-00867 -- JLT<br>)<br>)  ORDER DISCHARGING ORDER TO SHOW<br>)  CAUSE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　On October 18, 2011, the Court issued its Order to Show Cause as to why the matter should not be dismissed for Plaintiffs' failure to follow the Court's order, or in the alternative for Plaintiff to complete and file the consent form. (Doc. 42). Plaintiffs completed and filed the form on October 18, 2011, indicating they consent to the jurisdiction of the Magistrate Judge. (Doc. 43).

　　　Accordingly, IT IS HEREBY ORDERED:

　　　The Order to Show Cause dated October 18, 2011, is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **October 19, 2011**　　　　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE