BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARABJIT GURON, ) | No. 09-cv-F-867 JLT |
| Plaintiff, ) | JOINT STIPULATION AND PROPOSED ORDER RE: REQUEST TO HOLD MATTER IN ABEYANCE. |
| v. ) | |
| Michael Aytes, et al. ) | |
| Defendants. ) | |

    This is an immigration case in which plaintiffs challenge the denial by U.S. Citizenship and Immigration Services' (CIS) of her visa petitions on her husband's behalf. On June 10, 2010, this Court, per the stipulation of the parties, ordered the matter held in abeyance while the administrative appeal was pending before the Board of Immigration Appeals. As of the time of this filing, the matter remains pending at the Board of Immigration Appeals, where it has been since June 2011. This is still within the normal processing time of the Board. It is anticipated that the matter will be adjudicated by the Board within another abeyance period, until February 14, 2012.

    Accordingly, the parties propose a further extension until February 14, 2012, at which time the parties will again submit a status report or other dispositive filing.

Dated: October 27, 2011

BENJAMIN B. WAGNER
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Robert B. Jobe
Robert B. Jobe
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that, good cause having been shown, the matter is held in abeyance pending resolution of the administrative appeal by the Board of Immigration Appeals.  The parties are to submit a joint status report no later than February 14, 2012 advising as to the status of the administrative appeal.

IT IS SO ORDERED.

Dated:   **October 27, 2011**                               /s/ Jennifer L. Thurston
                                                                         UNITED STATES MAGISTRATE JUDGE