BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARABJIT GURON, | No. 1:09-cv-00867 JLT |
| Plaintiff, | JOINT STIPULATION AND PROPOSED ORDER RE: REQUEST FOR EXTENSION OF TIME |
| v. | |
| Michael Aytes, et al. | ORDER EXTENDING STAY AND ABEYANCE |
| Defendants. | (Doc. 47) |

This is an immigration case in which plaintiffs challenge the denial by U.S. Citizenship and Immigration Services' (CIS) of her visa petitions on her husband's behalf. This matter has been held in abeyance pending an administrative appeal to the Board of Immigration Appeals. The Board recently adjudicated the appeal and remanded the matter to CIS. CIS has now resumed its processing of the visa petitions. It is expected that CIS will adjudicate the petitions within one additional 30-day extension period, after which the parties will submit a status report or other dispositive filing.

Dated: February 14, 2012

BENJAMIN B. WAGNER
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By:   /s/ Sarah Castello
Sarah Castello
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that, good cause having been shown, the matter is held in abeyance pending adjudication by United States Citizenship and Immigration Services.  The parties are to submit a joint status report no later than March  15, 2012 advising as to the status of the visa petitions.

IT IS SO ORDERED.

Dated:   **February 14, 2012**                                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE