1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

   Attorneys for Defendants

   IN THE UNITED STATES DISTRICT COURT FOR THE
   EASTERN DISTRICT OF CALIFORNIA

   SARABJIT GURON,                 )   No. 09-cv-F-867 JLT
                                  )
          Plaintiff,               )   JOINT STIPULATION AND ORDER RE:
                                  )   DISMISSAL.
       v.                         )
                                  )
   Michael Aytes, et al.          )
                                  )
          Defendants.             )
   _____)


   This is an immigration case in which plaintiffs challenge the denial by U.S. Citizenship and Immigration Services' (CIS) of her visa petition on her husband's behalf.  On March 20, 2012, the petition was approved.  Accordingly, the parties now stipulate to dismissal, each side to bear its own costs of litigation.

   Dated: March 20, 2012
                                              BENJAMIN B. WAGNER
                                              United States Attorney


                                     By:      /s/Audrey Hemesath
                                              Audrey B. Hemesath
                                              Assistant U.S. Attorney
                                              Attorneys for the Defendants


                                     By:      /s/ Robert B. Jobe
                                              Robert B. Jobe
                                              Attorney for the Plaintiff

<u>ORDER</u>

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is dismissed.


IT IS SO ORDERED.

Dated: **March 20, 2012**                                   **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE