BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARABJIT GURON, | No. 09-cv-F-867 JLT |
| Plaintiff, | JOINT STIPULATION AND ORDER RE: DISMISSAL. |
| v. | |
| Michael Aytes, et al. | |
| Defendants. | |

This is an immigration case in which plaintiffs challenge the denial by U.S. Citizenship and Immigration Services' (CIS) of her visa petition on her husband's behalf. On March 20, 2012, the petition was approved. Accordingly, the parties now stipulate to dismissal, each side to bear its own costs of litigation.

Dated: March 20, 2012

                                        BENJAMIN B. WAGNER
                                      United States Attorney

          By:    /s/Audrey Hemesath
                  Audrey B. Hemesath
                  Assistant U.S. Attorney
                  Attorneys for the Defendants

          By:    /s/ Robert B. Jobe
                  Robert B. Jobe
                  Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is dismissed.

IT IS SO ORDERED.

Dated: **March 20, 2012**                                     **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE